IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CREIGHTON SAINT JOSEPH REGIONAL HEALTHCARE, LLC d/b/a SAINT JOSEPH HOSPITAL- CREIGHTON UNIVERSITY MEDICAL CENTER,<br><br>       Plaintiff,<br><br>  vs.<br><br>OMAHA CONSTRUCTION INDUSTRY HEALTH AND WELFARE PLAN; JOINT BOARD OF TRUSTEES OF THE OMAHA CONSTRUCTION INDUSTRY HEALTH AND WELFARE PLAN,<br><br>       Defendants/ Third-Party Plaintiffs,<br><br>  vs.<br><br>THE BENEFIT GROUP, INC.,<br><br>       Third-Party Defendant. | 8:08CV238<br><br>ORDER |

By motion [30], plaintiff seeks permission to conventionally file an exhibit because it exceeds three megabytes in size. The court has adopted a procedure for filing large documents, and the plaintiff will be required to follow that procedure in this instance.

**IT IS ORDERED** that plaintiff's MOTION FOR LEAVE TO FILE CONVENTIONALLY [30] is denied. Plaintiff shall, forthwith, electronically file its Exhibit A1 to the Evidentiary Index [31] in Support of its Reply Brief using the procedure published on the court's CM/ECF Procedures and Training Page. A copy of the procedure is attached to this Order.

**DATED August 12, 2008.**

                                              BY THE COURT:

                                              s/ F.A. Gossett
                                              United States Magistrate Judge

# Filing Lengthy Attachments in CM/ECF

| | |
|---|---|
| **Before you begin** | Convert all documents to be filed with the court into .pdf format. Note the size[1] of each PDF and the aggregate size of the filing, keeping in mind that documents filed on the CM/ECF system **cannot exceed 5 megabytes (MB) per PDF**.<br><br>The court recommends keeping the aggregate file size of each CM/ECF transaction to **under 20 megabytes**[2]. (i.e., no more than six or seven 5 MB attachments). |
| **Scanning Tips** | The process of scanning documents can produce files that easily exceed the 5 MB limit. The list below provides tips for reducing the file size of scanned documents.<br>• Set scanner resolution to 200 dpi.<br>• Set scanner image type to "black and white" (do not use "24-bit color" or "grayscale" as these produce extremely large files.)<br>• In lieu of scanning depositions, request them in electronic format and convert to PDF electronically using a word processor.<br><br>Note: With the proper scanner settings, a 5 MB file should be able to contain 100 pages or more. |
| **Attachments exceeding 20 MB** | If the aggregate size of all attachments is more than 20 MB, the court recommends splitting the filing into two or more transactions. Follow the steps in the table below to file the index as multiple transactions. |

| Step | Action |
|---|---|
| 1 | File the Index of Evidence and the first 20 MB of attachments (up to four 5 MB .pdf files) using the **Index** event from the **Other Documents** menu.<br><br>Note: When prompted for related filings, select the **motion** category, then select the motion to which the index relates. |
| 2 | For each subsequent 20 MB of attachments, choose the **Index-Continued** event in the **Other Documents** menu.<br><br>Note: When prompted for related filings, select the **motion** category, then select the motion to which the index relates. |

*Continued on next page*

---

[1] To determine the file size, open the file in Adobe Acrobat. From the **File** menu, choose **Document Properties**.

[2] In a recent stress test, using a high-speed Internet connection, the court filed pleadings with an aggregate file size of 40 MB. On average, the process took 45 minutes. Sometimes it completed successfully, and at other times, a server error occurred and the process had to be repeated with fewer attachments. Results will vary depending on the speed of your connection, and how busy the court server is. Based on these results, the court recommends keeping the file size of any one transaction under 20 MB.

## Filing Lengthy Attachments in CM/ECF, Continued

**Sample**   The docket sheet below shows a sampe of a completed Index containing eighteen attachments (approximately 40 MB).

| Date Filed | # | Docket Text |
|---|---|---|
| 07/11/2006 | 1 | COMPLAINT with Jury Demand against ACME Company ( Filing fee $ 350, receipt number 141339), by Attorney Attorney Guest on behalf of Wyle E. Coyote(Guest, Attorney) (Entered: 07/11/2006) |
| 07/17/2006 | 2 | MOTION for Summary Judgment on behalf of Defendant ACME Company(LKP, ) (Entered: 07/17/2006) |
| 07/17/2006 | 3 | BRIEF In Support of MOTION for Summary Judgment2 on behalf of Defendant ACME Company(LKP, ) (Entered: 07/17/2006) |
| 07/17/2006 | 4 | INDEX In support of MOTION for Summary Judgment2 on behalf of Defendant ACME Company (Attachments: # 1 Exhibit 1, Affidavit of Jane Smith# 2 Exhibit A-C to Affidavit of Jane Smith# 3 Exhibit 2, Affidavit of Thomas Nelson# 4 Exhibit A, Letter to Pam Silver# 5 Exhibit B, Letter to Jane Smith# 6 Exhibit C, Facsimile from Jane Smith# 7 Exhibit D, Memo# 8 Exhibit E, Deposition of Thomas Nelson# 9 Exhibit F, Declaration of Military Duty# 10 Exhibit 3, Affidavit of Seymour Potts# 11 Exhibit A-C, emails# 12 Exhibit D, contract of employment)(LKP, ) (Entered: 07/17/2006) |
| 07/17/2006 | 5 | INDEX - CONTINUED In support of MOTION for Summary Judgment2 on behalf of Defendant ACME Company (Attachments: # 1 Exhibit 4, Affidavit of Susie Nelson# 2 Exhibit 5, Affidavit of Paul Thompson# 3 Exhibit 6, Affidavit of John R. Jones# 4 Exhibit A, Memo to Jane Smith# 5 Exhibit B, Letter of Intent# 6 Exhibit C, Bank Statement)(LKP, ) (Entered: 07/17/2006) |